UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                               CASE NO.: 24-22882
                                                                        CHAPTER 13

Edward M. Rossetti,
    Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: _/s/Robert Shearer_
                                          Robert Shearer, Esquire
                                          Pennsylvania Bar No. 83745
                                          Email: rshearer@raslg.com

<u>**CERTIFICATE OF SERVICE**</u>

  **I HEREBY CERTIFY** that on December 2, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

EDWARD M. ROSSETTI
5006 JULIA LANE
MCKEES ROCKS, PA 15136

And via electronic mail to:

FIESCHKO & ASSOCIATES
300 CEDAR BLVD
SUITE 201
PITTSBURGH, PA 15228

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

            By: /s/ Journie Morosky